AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Sy Van NGUYEN<br><br>_Defendant(s)_ | Case No: 19·PO·2345 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>August 13, 2019</u> in the county of <u>Hidalgo</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1325(a)(1)(EWI Misdemeanor)</u>, an offense described as follows:

entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers

This criminal complaint is based on these facts:
On August 18, 2019, Border Patrol Agents from the Lordsburg, New Mexico Border Patrol Station encountered the defendant in Hidalgo County, New Mexico. The defendant was questioned as to his citizenship to which he stated that he was a citizen and national of Vietnam, illegally present in the United States. Agents determined the defendant illegally crossed the boundary between the United States and Mexico on August 13, 2019, approximately 8 miles west of the Antelope Wells, New Mexico Port of Entry. The defendant did not present himself through a lawful Port of Entry; therefore, he was not admitted or paroled by an Immigration Officer.

☐ Continued on the attached sheet.

_Complainant's signature_

Justin Thurnherr, Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: August 20, 2019

City and state: Las Cruces, N.M.

KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE
_Printed name and title_